# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUANITA J. TIPPIN**                                                                                          **PLAINTIFF**

**V.**                                **NO. 4:18CV00804 BRW/PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 15) submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Juanita J. Tippin's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of December, 2019.


                                                                      Billy Roy Wilson_____
                                                                      UNITED STATES DISTRICT JUDGE