IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUANITA J. TIPPIN                                                                            PLAINTIFF

V.                      NO. 4:18CV00804 BRW/PSH

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED with prejudice.

Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 27th day of December, 2019.


                                                   Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE